IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS C. MCELRATH,<br><br>Plaintiff,<br><br>vs.<br><br>O'CONNOR PLAYDON GUBEN & INOUYE LLP; JERROLD GUBEN,<br><br>Defendants. | Civil No. 24-00418 SASP-WRP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S FINDINGS AND RECOMMENDATION**

Findings and Recommendation having been filed and served on all parties on September 18, 2026, and no objections having been filed by any party, the Court first addresses whether it has jurisdiction to review Defendants' Bill of Costs notwithstanding Plaintiff's notice of appeal (ECF No. 97).

An award of attorneys' fees and costs is considered a collateral issue over which the district court normally retains jurisdiction even after an appeal. *Feindt v. United States*, Civil No. 22-00397 LEK-KJM, 2025 WL 3530076, at *1 (D. Haw. Nov. 24, 2025) (citing *Leslie v. Grupo ICA,* 198 F.3d 1152, 1160 (9th Cir. 1999)), *adopted by* 2025 WL 3527517 (D. Haw. Dec. 9, 2025). The Court thus finds that it has jurisdiction to review the Bill of Costs despite Plaintiff's appeal.

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant in Part Defendants' Bill of Costs, ECF No. 94," ECF No. 105, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, October 5, 2026.

Shanlyn A.S. Park
United States District Judge